# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 15-00348 DMW | Trustee: | (530060) Joseph M. Lischwe |
| --- | --- | --- | --- |
| Case Name: | JOSEPH, ELTON LEE | Filed (f) or Converted (c): | 01/20/15 (f) |
| | | §341(a) Meeting Date: | 02/19/15 |
| Period Ending: | 06/30/15 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Admin. (FA)/<br>Gross Value of<br>Remain. Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 209 American Court, Apex, NC 27502, Chatham Coun | 300,000.00 | 300,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | 4503 Shaw Farm Circle, Greensboro, NC 27406, Res | 40,000.00 | 40,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | 2310 Wrightsville Avenue, NC 28403 Tracy Joseph, | 200,000.00 | 200,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Cash | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | SECU checking | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | SECU share | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | Small kitchen appliances Resale value | 150.00 | 150.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Stove Resale value | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | Refrigerator Resale value | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | Washer/dryer Resale value | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | Silver/flatware Resale value | 40.00 | 40.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Living room and den furniture Resale value | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | Bedroom furniture Resale value | 400.00 | 400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14 | Office furniture Resale value | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15 | Televisions, computers. stereo, DVD player/video | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16 | Book, music, and film collection Resale value | 20.00 | 20.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17 | Clothes Resale value | 150.00 | 150.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18 | Golf clubs, 3 bikes and a treadmill Resale value | 450.00 | 450.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19 | St. Mary's Home Care Services, Inc. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20 | The Burns Group, LLC Owns real property in Wilmi | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

Printed: 07/31/2015 01:15 PM   V.13.23

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 15-00348 DMW | Trustee: | (530060) Joseph M. Lischwe |
|---|---|---|---|
| Case Name: | JOSEPH, ELTON LEE | Filed (f) or Converted (c): | 01/20/15 (f) |
| | | §341(a) Meeting Date: | 02/19/15 |
| Period Ending: | 06/30/15 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Admin. (FA)/<br>Gross Value of<br>Remain. Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 21 | St Mary's Home Care Services, Inc. owes debtor $ | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | Homecare license from State of Wisconsin | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23 | Sale in St. Mary's Home Care (u) | Unknown | 0.00 | | 4,332.50 | FA | 0.00 | 0.00 |
| 23 | Totals<br>Assets (Excluding unknown values) | $542,810.00 | $542,810.00 | | $4,332.50 | $0.00 | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has extended the deadline to file a complaint objecting to discharge to 8/18/15.

Initial Projected Date Of Final Report (TFR):   February 15, 2016   Current Projected Date Of Final Report (TFR):   February 15, 2016

July 31, 2015
Date

/s/ Joseph M. Lischwe
Joseph M. Lischwe

Copy Served On: Marjorie K. Lynch, Esquire
Bankruptcy Administrator

Printed: 07/31/2015 01:15 PM   V.13.23

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-00348 DMW | Trustee: | Joseph M. Lischwe (530060) |
|---|---|---|---|
| Case Name: | JOSEPH, ELTON LEE | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8766 - Checking Account |
| Taxpayer ID #: | 30-6486053 | Blanket Bond: | $712,955.00  (per case limit) |
| Period Ending: | 06/30/15 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|
| 05/27/15 | {23} | Joseph N. Callaway | Sale of 2009 Toyota titled to Mr. Joseph sold in companion case, St. Mary's Home Care Services, Inc. | 4,332.50 | | 4,332.50 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,322.50 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,312.50 |
| | | | ACCOUNT TOTALS | 4,332.50 | 20.00 | $4,312.50 |
| | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | Subtotal | 4,332.50 | 20.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | NET Receipts / Disbursements | $4,332.50 | $20.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8766 | 4,332.50 | 20.00 | 4,312.50 |
| | $4,332.50 | $20.00 | $4,312.50 |

July 31, 2015  
Date

/s/ Joseph M. Lischwe  
Joseph M. Lischwe

{} Asset reference(s)

Printed: 07/31/2015 01:06 PM    V.13.23