# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 15-00348 DMW | **Trustee:** | (530060) | Joseph M. Lischwe |
| **Case Name:** | JOSEPH, ELTON LEE | **Filed (f) or Converted (c):** | 01/20/15 (f) | |
| | | **§341(a) Meeting Date:** | 02/19/15 | |
| **Period Ending:** | 12/31/15 | **Claims Bar Date:** | 12/10/15 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Est Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Admin. (FA)/ Gross Value of Remain. Assets** | **Lien Amount** | **Exempt Amount** |
| 1  209 American Court, Apex, NC 27502, Chatham Coun | 300,000.00 | 300,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2  4503 Shaw Farm Circle, Greensboro, NC 27406, Res | 40,000.00 | 40,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3  2310 Wrightsville Avenue, NC 28403 Tracy Joseph, | 200,000.00 | 200,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4  Cash | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5  SECU checking | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6  SECU share | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7  Small kitchen appliances Resale value | 150.00 | 150.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8  Stove Resale value | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9  Refrigerator Resale value | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10  Washer/dryer Resale value | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11  Silver/flatware Resale value | 40.00 | 40.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12  Living room and den furniture Resale value | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13  Bedroom furniture Resale value | 400.00 | 400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14  Office furniture Resale value | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15  Televisions, computers. stereo, DVD player/video | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16  Book, music, and film collection Resale value | 20.00 | 20.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17  Clothes Resale value | 150.00 | 150.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18  Golf clubs, 3 bikes and a treadmill Resale value | 450.00 | 450.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19  St. Mary's Home Care Services, Inc. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20  The Burns Group, LLC Owns | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 15-00348 DMW | | **Trustee:** | (530060)  Joseph M. Lischwe |
| **Case Name:** | JOSEPH, ELTON LEE | | **Filed (f) or Converted (c):** | 01/20/15 (f) |
| | | | **§341(a) Meeting Date:** | 02/19/15 |
| **Period Ending:** | 12/31/15 | | **Claims Bar Date:** | 12/10/15 |

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Est Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Admin. (FA)/ Gross Value of Remain. Assets** | **Lien Amount** | **Exempt Amount** |
| Ref. # | | | | | | | | |
| | real property in Wilmi | | | | | | | |
| 21 | St Mary's Home Care Services, Inc. owes debtor $ | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | Homecare license from State of Wisconsin | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23 | Sale in St. Mary's Home Care (u) | Unknown | 0.00 | | 4,332.50 | FA | 0.00 | 0.00 |
| 23 | **Totals** Assets (Excluding unknown values) | **$542,810.00** | **$542,810.00** | | **$4,332.50** | **$0.00** | **$0.00** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Claims bar date has expired.  Claim review has begun.

**Initial Projected Date Of Final Report (TFR):**    February 15, 2016    **Current Projected Date Of Final Report (TFR):**    May 1, 2016

| | |
|---|---|
| January 28, 2016 | /s/ Joseph M. Lischwe |
| Date | Joseph M. Lischwe |

Copy Served On:    Ms. Marjorie K. Lynch
                    Bankruptcy Administrator

Printed: 01/28/2016 11:32 AM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-00348 DMW | | Trustee: | Joseph M. Lischwe (530060) |
|---|---|---|---|---|
| Case Name: | JOSEPH, ELTON LEE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8766 - Checking Account |
| Taxpayer ID #: | 30-6486053 | | Blanket Bond: | $865,000.00  (per case limit) |
| Period Ending: | 12/31/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/27/15 | {23} | Joseph N. Callaway | Sale of 2009 Toyota titled to Mr. Joseph sold in companion case, St. Mary's Home Care Services, Inc. | 4,332.50 | | 4,332.50 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,322.50 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,312.50 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,302.50 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,292.50 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,282.50 |
| 10/20/15 | 1001 | International Sureties, LTD. | Prorata Bond Premium | | 4.16 | 4,278.34 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,268.34 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,258.34 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 4,248.34 |

|   |   |   |
|---|---|---|
| ACCOUNT TOTALS | 4,332.50 | 84.16 | $4,248.34 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 4,332.50 | 84.16 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,332.50 | $84.16 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8766 | 4,332.50 | 84.16 | 4,248.34 |
| | $4,332.50 | $84.16 | $4,248.34 |

| January 28, 2016 | /s/ Joseph M. Lischwe |
|---|---|
| Date | Joseph M. Lischwe |

{} Asset reference(s)      Printed: 01/28/2016 11:32 AM   V.13.25