**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-00348 | | | Trustee Name: | Joseph M. Lischwe |
| Case Name: | JOSEPH, ELTON LEE | | | Date Filed (f) or Converted (c): | 01/20/2015 (f) |
| For the Period Ending: | 06/30/2016 | | | §341(a) Meeting Date: | 02/19/2015 |
| | | | | Claims Bar Date: | 12/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining | Lien Amount | Exemption Amount |

| Ref. # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 209 American Court, Apex, NC 27502, Chatham Coun | $300,000.00 | $300,000.00 | | $0.00 | FA | $0.00 | $0.00 |
| 2 | 4503 Shaw Farm Circle, Greensboro, NC 27406, Res | $40,000.00 | $40,000.00 | | $0.00 | FA | $0.00 | $0.00 |
| 3 | 2310 Wrightsville Avenue, NC 28403 Tracy Joseph, | $200,000.00 | $200,000.00 | | $0.00 | FA | $0.00 | $0.00 |
| 4 | Cash | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 5 | SECU checking | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 6 | SECU share | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 7 | Small kitchen appliances Resale value | $150.00 | $150.00 | | $0.00 | FA | $0.00 | $0.00 |
| 8 | Stove Resale value | $300.00 | $300.00 | | $0.00 | FA | $0.00 | $0.00 |
| 9 | Refrigerator Resale value | $300.00 | $300.00 | | $0.00 | FA | $0.00 | $0.00 |
| 10 | Washer/dryer Resale value | $300.00 | $300.00 | | $0.00 | FA | $0.00 | $0.00 |
| 11 | Silver/flatware Resale value | $40.00 | $40.00 | | $0.00 | FA | $0.00 | $0.00 |
| 12 | Living room and den furniture Resale value | $200.00 | $200.00 | | $0.00 | FA | $0.00 | $0.00 |
| 13 | Bedroom furniture Resale value | $400.00 | $400.00 | | $0.00 | FA | $0.00 | $0.00 |
| 14 | Office furniture Resale value | $200.00 | $200.00 | | $0.00 | FA | $0.00 | $0.00 |
| 15 | Televisions, computers. stereo, DVD player/video | $300.00 | $300.00 | | $0.00 | FA | $0.00 | $0.00 |
| 16 | Book, music, and film collection Resale value | $20.00 | $20.00 | | $0.00 | FA | $0.00 | $0.00 |
| 17 | Clothes Resale value | $150.00 | $150.00 | | $0.00 | FA | $0.00 | $0.00 |
| 18 | Golf clubs, 3 bikes and a treadmill Resale value | $450.00 | $450.00 | | $0.00 | FA | $0.00 | $0.00 |
| 19 | St. Mary's Home Care Services, Inc. | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 20 | The Burns Group, LLC Owns real property in Wilmi | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 21 | St Mary's Home Care Services, Inc. owes debtor $ | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 22 | Homecare license from State of Wisconsin | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 23 | Sale in St. Mary's Home Care (u) | Unknown | $0.00 | | $4,332.50 | FA | $0.00 | $0.00 |

Asset Notes:      2009 Toyota VIN 4T1BK36BX9U324832 - Sold by Trustee Callaway pursuant to 5/15/15 Order Allowing Trustee's Report and Application to Pay Auctioneer's Commission in companion

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 15-00348 | | | Trustee Name: | Joseph M. Lischwe |
| Case Name: | JOSEPH, ELTON LEE | | | Date Filed (f) or Converted (c): | 01/20/2015 (f) |
| For the Period Ending: | 06/30/2016 | | | §341(a) Meeting Date: | 02/19/2015 |
| | | | | Claims Bar Date: | 12/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining | Lien Amount | Exemption Amount |
| case | | | | | | | |
| TOTALS (Excluding unknown value) | $542,810.00 | $542,810.00 | | $4,332.50 | $0.00 | $0.00 | $0.00 |

**Major Activities affecting case closing:**

07/19/2016  1. Hearing set for 8/10/16 on Trustee's Objection to Claim 4.  Trustee and IRS have agreed to resolve the objection by Consent Order.

2. Closing packet will be prepared once the objection is resolved.

Initial Projected Date Of Final Report (TFR):    02/15/2016          Current Projected Date Of Final Report (TFR):    09/15/2016          /s/ JOSEPH M. LISCHWE

JOSEPH M. LISCHWE

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 15-00348 | Trustee Name: | Joseph M. Lischwe |
|---|---|---|---|
| Case Name: | JOSEPH, ELTON LEE | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***6053 | Checking Acct #: | ******0348 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 04/01/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/16/2016 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $4,228.34 | | $4,228.34 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.08 | $4,225.26 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.81 | $4,218.45 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.58 | $4,211.87 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.79 | $4,205.08 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.56 | $4,198.52 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $4,228.34 | $29.82 | $4,198.52 |
| Less: Bank transfers/CDs | $4,228.34 | $0.00 | |
| Subtotal | $0.00 | $29.82 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $29.82 | |

| For the period of 04/01/2016 to 06/30/2016 | | For the entire history of the account between 02/16/2016 to 6/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $4,228.34 |
| | | | |
| Total Compensable Disbursements: | $19.93 | Total Compensable Disbursements: | $29.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19.93 | Total Comp/Non Comp Disbursements: | $29.82 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 15-00348 | Trustee Name: | Joseph M. Lischwe |
| --- | --- | --- | --- |
| Case Name: | JOSEPH, ELTON LEE | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***6053 | Checking Acct #: | ******8766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/27/2015 | (23) | Joseph N. Callaway | Sale of 2009 Toyota titled to Mr. Joseph sold in companion case, St. Mary's Home Care Services, Inc. | 1229-000 | $4,332.50 | | $4,332.50 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,322.50 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,312.50 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,302.50 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,292.50 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,282.50 |
| 10/20/2015 | 1001 | International Sureties, LTD. | Prorata Bond Premium | 2300-000 | | $4.16 | $4,278.34 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,268.34 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,258.34 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,248.34 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,238.34 |
| 02/16/2016 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $10.00 | $4,228.34 |
| 02/16/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $4,228.34 | $0.00 |
| | | | **SUBTOTALS** | | $4,332.50 | $4,332.50 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 15-00348 | Trustee Name: | Joseph M. Lischwe |
|---|---|---|---|
| Case Name: | JOSEPH, ELTON LEE | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***6053 | Checking Acct #: | ******8766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $4,332.50 | $4,332.50 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $4,228.34 | |
| | | | **Subtotal** | | $4,332.50 | $104.16 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,332.50 | $104.16 | |

| For the period of 04/01/2016 to 06/30/2016 | | For the entire history of the account between 05/26/2015 to 6/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $4,332.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $4,332.50 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $104.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $104.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $4,228.34 |

**FORM 2**

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 15-00348 | Trustee Name: | Joseph M. Lischwe |
|---|---|---|---|
| Case Name: | JOSEPH, ELTON LEE | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***6053 | Checking Acct #: | ******8766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $4,332.50 | $133.98 | $4,198.52 |

| For the period of 04/01/2016 to 06/30/2016 | | For the entire history of the account between 05/26/2015 to 6/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $4,332.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $4,332.50 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $4,228.34 |
| Total Compensable Disbursements: | $19.93 | Total Compensable Disbursements: | $133.98 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19.93 | Total Comp/Non Comp Disbursements: | $133.98 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $4,228.34 |

/s/ JOSEPH M. LISCHWE

JOSEPH M. LISCHWE