## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

**ELTON LEE JOSEPH,**                    **CASE NO. 15-00348-5-DMW**
                                        **CHAPTER 7**
        **DEBTOR.**

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT,
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph M. Lischwe, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $540,000.00 | Assets Exempt: | $11,310.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $5,620,196.19 |
| Total Expenses of Administration: | $832.50 | | |

3)      Total gross receipts of $4,332.50  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,500.00 (see **Exhibit 2**), yielded net receipts of $832.50 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,561,902.42 | $739,984.38 | $739,984.38 | $0.00 |
| Priority Claims: | | | | |

| | | | |
|---|---|---|---|
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,989.82 | $3,989.82 | $832.50 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $201,590.12 | $1,432,878.00 | $1,430,770.24 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,422,901.23 | $3,692,296.84 | $3,691,055.34 | $0.00 |
| **Total Disbursements** | $9,186,393.77 | $5,869,149.04 | $5,865,799.78 | $832.50 |

4). This case was originally filed under chapter 7 on 01/20/2015. The case was pending for -1380 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the Bankruptcy Administrator.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2019                    By: /Joseph M. Lischwe
                                                        Trustee

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 Toyota Avalon. 100k miles. Resale value | 1229-000 | $4,332.50 |
| **TOTAL GROSS RECEIPTS** | | $4,332.50 |

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Sasser Law Firm | Exemptions | 8100-002 | $3,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,500.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | 4110-000 | $0.00 | $736,147.18 | $736,147.18 | $0.00 |
| 8 | NC Department of Revenue | 4110-000 | $0.00 | $3,837.20 | $3,837.20 | $0.00 |
| | Internal Revenue Service | 4300-000 | $565,878.57 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4300-000 | $204,745.63 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4300-000 | $1,255,025.52 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4300-000 | $565,878.57 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4300-000 | $1,021,727.89 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4300-000 | $740,111.24 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4300-000 | $565,878.57 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4300-000 | $1,255,025.52 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4300-000 | $204,745.63 | $0.00 | $0.00 | $0.00 |
| | NC Department of Revenue | 4800-000 | $1,606.04 | $0.00 | $0.00 | $0.00 |
| | NC Department | 4800-000 | $181,279.24 | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| of Revenue | | | | |
| **TOTAL SECURED CLAIMS** | | $6,561,902.42 | $739,984.38 | $739,984.38 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph M. Lischwe, Trustee | 2100-000 | NA | $208.13 | $208.13 | $35.74 |
| Joseph M. Lischwe, Trustee | 2200-000 | NA | $139.69 | $139.69 | $23.98 |
| International Sureties, LTD. | 2300-000 | NA | $0.00 | $0.00 | $4.16 |
| Integrity Bank | 2600-000 | NA | $0.00 | $0.00 | $43.35 |
| Rabobank, N.A. | 2600-000 | NA | $0.00 | $0.00 | $100.00 |
| Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee | 3110-000 | NA | $3,642.00 | $3,642.00 | $625.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,989.82 | $3,989.82 | $832.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chatham County Tax Collector | 5800-000 | $1,590.12 | $3,182.00 | $1,590.12 | $0.00 |
| 2 | Guilford County Tax Collector | 5800-000 | $0.00 | $1,079.92 | $564.04 | $0.00 |
| 4a | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $1,396,268.89 | $1,396,268.89 | $0.00 |
| 8a | NC Department of Revenue | 5800-000 | $0.00 | $32,347.19 | $32,347.19 | $0.00 |
| | Tracey Joseph | 5100-000 | $200,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $201,590.12 | $1,432,878.00 | $1,430,770.24 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Lake Julian Trails Homeowners Association, Inc. | 7100-000 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| 4b | INTERNAL REVENUE | 7100-000 | $0.00 | $1,436,910.80 | $1,436,910.80 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | SERVICE |  |  |  |  |  |
| 5 | Wells Fargo Bank, N.A. | 7100-000 | $2,089,107.74 | $2,082,885.18 | $2,082,885.18 | $0.00 |
| 6 | Buildpro Construction Company | 7100-000 | $30,336.29 | $0.00 | $0.00 | $0.00 |
| 7 | American InfoSource LP as agent for | 7100-000 | $2,284.00 | $2,241.08 | $2,241.08 | $0.00 |
| 8b | NC Department of Revenue | 7100-000 | $0.00 | $165,469.27 | $165,469.27 | $0.00 |
| 9 | Lisa Miller | 7100-000 | $2,802.59 | $1,044.09 | $802.59 | $0.00 |
| 10 | Heritage Pointe Land Owners Association, Inc. | 7100-000 | $0.00 | $2,746.42 | $2,746.42 | $0.00 |
|  | ADT Security Services | 7100-000 | $152.99 | $0.00 | $0.00 | $0.00 |
|  | Alliance Urology Specialist | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Citi | 7100-000 | $12,955.00 | $0.00 | $0.00 | $0.00 |
|  | Law Offices of Anthony E. Flanagan | 7100-000 | $2,341.68 | $0.00 | $0.00 | $0.00 |
|  | Nationstar Mortgage, LLC | 7100-000 | $87,467.00 | $0.00 | $0.00 | $0.00 |
|  | Suntrust Bank | 7100-000 | $194,921.00 | $0.00 | $0.00 | $0.00 |
|  | Time Warner Cable | 7100-000 | $532.94 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $2,422,901.23 | $3,692,296.84 | $3,691,055.34 | $0.00 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No:    1

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 15-00348-5-DMW | |
| **Case Name:** | JOSEPH, ELTON LEE | |
| **For the Period Ending:** | 1/15/2019 | |

| | |
|---|---|
| **Trustee Name:** | Joseph M. Lischwe |
| **Date Filed (f) or Converted (c):** | 01/20/2015 (f) |
| **§341(a) Meeting Date:** | 02/19/2015 |
| **Claims Bar Date:** | 12/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** | **Lien Amount** | **Exemption Amount** |
| **Ref. #** | | | | | | | |
| 1   209 American Court, Apex, NC 27502, Chatham County, Resale value, Fee simple | $300,000.00 | $0.00 | | $0.00 | FA | $2,059,182.17 | $0.00 |
| 2   4503 Shaw Farm Circle, Greensboro, NC 27406, Fee simple, Resale value | $40,000.00 | $0.00 | | $0.00 | FA | $4,598,104.68 | $0.00 |
| 3   2310 Wrightsville Avenue, Suite 115, Wilmington, NC 28403, Tenant in common with Tracy Joseph, Resale value | $200,000.00 | $0.00 | | $0.00 | FA | $2,025,649.72 | $0.00 |
| 4   Cash | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 5   SECU checking | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 6   SECU share | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 7   Small kitchen appliances Resale value | $150.00 | $0.00 | | $0.00 | FA | $0.00 | $150.00 |
| 8   Stove Resale value | $300.00 | $0.00 | | $0.00 | FA | $0.00 | $300.00 |
| 9   Refrigerator Resale value | $300.00 | $0.00 | | $0.00 | FA | $0.00 | $300.00 |
| 10   Washer/dryer Resale value | $300.00 | $0.00 | | $0.00 | FA | $0.00 | $300.00 |
| 11   Silver/flatware Resale value | $40.00 | $0.00 | | $0.00 | FA | $0.00 | $40.00 |
| 12   Living room and den furniture Resale value | $200.00 | $0.00 | | $0.00 | FA | $0.00 | $200.00 |
| 13   Bedroom furniture Resale value | $400.00 | $0.00 | | $0.00 | FA | $0.00 | $400.00 |
| 14   Office furniture Resale value | $200.00 | $0.00 | | $0.00 | FA | $0.00 | $200.00 |
| 15   Televisions, computers. stereo, DVD player/video camera. Resale value | $300.00 | $0.00 | | $0.00 | FA | $0.00 | $300.00 |
| 16   Book, music, and film collection Resale value | $20.00 | $0.00 | | $0.00 | FA | $0.00 | $20.00 |
| 17   Clothes Resale value | $150.00 | $0.00 | | $0.00 | FA | $0.00 | $150.00 |
| 18   Golf clubs, 3 bikes and a treadmill Resale value | $450.00 | $0.00 | | $0.00 | FA | $0.00 | $450.00 |
| 19   St. Mary's Home Care Services, Inc. | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 20   The Burns Group, LLC Owns real property in Wilmington, NC | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |

# FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No.: | 15-00348-5-DMW | | Trustee Name: | Joseph M. Lischwe |
|---|---|---|---|---|
| Case Name: | JOSEPH, ELTON LEE | | Date Filed (f) or Converted (c): | 01/20/2015 (f) |
| For the Period Ending: | 1/15/2019 | | §341(a) Meeting Date: | 02/19/2015 |
| | | | Claims Bar Date: | 12/10/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 21 | St Mary's Home Care Services, Inc. owes debtor $22,000. Collection unlikely. | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Uncollectible. Bankruptcy filed. | | | | | | | |
| 22 | Homecare license from State of Wisconsin | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | No value to the estate. | | | | | | | |
| 23 | 2009 Toyota Avalon. 100k miles. Resale value | $10,000.00 | $0.00 | | $4,332.50 | FA | $0.00 | $8,500.00 |
| **Asset Notes:** | 2009 Toyota VIN 4T1BK36BX9U324832 - Sold by Trustee Callaway pursuant to 5/15/15 Order Allowing Trustee's Report and Application to Pay Auctioneer's Commission in companion case | | | | | | | |
| 24 | 205 Bergen Avenue, (u) Apex, NC | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| **Asset Notes:** | NOT AN ASSET OF THE ESTATE. A motion for relief was filed by the creditor as Debtor was listed on the promissory note.  The property was deeded to Debtor's ex-wife during the divorce proceedings on 8/24/11. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$552,810.00** | **$0.00** | | **$4,332.50** | **$0.00** | **$8,682,936.57** | **$11,310.00** |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/15/2016 | /s/ JOSEPH M. LISCHWE |
| **Current Projected Date Of Final Report (TFR):** | 09/15/2016 | JOSEPH M. LISCHWE |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 15-00348-5-DMW | Trustee Name: | Joseph M. Lischwe |
|---|---|---|---|
| Case Name: | JOSEPH, ELTON LEE | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6053 | Checking Acct #: | ******0348 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/20/2015 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/15/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 02/16/2016 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $4,228.34 | | $4,228.34 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.08 | $4,225.26 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.81 | $4,218.45 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.58 | $4,211.87 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.79 | $4,205.08 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.56 | $4,198.52 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.77 | $4,191.75 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.76 | $4,184.99 |
| 02/03/2017 | 5001 | ELTON JOSEPH | Payment of exemption claimed in 2009 Toyota Avalon | 8100-002 | | $3,500.00 | $684.99 |
| 06/14/2017 | 5002 | Nelson Mullins Riley & Scarborough LLP | Final Distribution: Claim #: ; Amount Claimed: 3,642.00; Distribution Dividend: 17.17; Amount Allowed: 3,642.00; | 3110-000 | | $625.27 | $59.72 |
| 06/14/2017 | 5003 | Joseph M. Lischwe | Trustee Compensation | 2100-000 | | $35.74 | $23.98 |
| 06/14/2017 | 5004 | Joseph M. Lischwe | Trustee Expenses | 2200-000 | | $23.98 | $0.00 |
| 10/23/2018 | 5001 | STOP PAYMENT: ELTON JOSEPH | Payment of exemption claimed in 2009 Toyota Avalon | 8100-004 | | ($3,500.00) | $3,500.00 |
| 10/24/2018 | 5005 | Sasser Law Firm | Debtor's exemption in vehicle sold in St. Mary's case | 8100-002 | | $3,500.00 | $0.00 |

|  |  | | |
|---|---|---|---|
| TOTALS: | $4,228.34 | $4,228.34 | $0.00 |
| Less: Bank transfers/CDs | $4,228.34 | $0.00 | |
| Subtotal | $0.00 | $4,228.34 | |
| Less: Payments to debtors | $0.00 | $3,500.00 | |
| Net | $0.00 | $728.34 | |

**For the period of 1/20/2015 to 1/15/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,228.34 |
| | |
| Total Compensable Disbursements: | ($2,771.66) |
| Total Non-Compensable Disbursements: | $7,000.00 |
| Total Comp/Non Comp Disbursements: | $4,228.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/16/2016 to 1/15/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,228.34 |
| | |
| Total Compensable Disbursements: | ($2,771.66) |
| Total Non-Compensable Disbursements: | $7,000.00 |
| Total Comp/Non Comp Disbursements: | $4,228.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No. | 15-00348-5-DMW | |
| Case Name: | JOSEPH, ELTON LEE | |
| Primary Taxpayer ID #: | **-***6053 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/20/2015 | |
| For Period Ending: | 1/15/2019 | |

| | |
|---|---|
| Trustee Name: | Joseph M. Lischwe |
| Bank Name: | Rabobank, N.A. |
| Checking Acct #: | ******8766 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/27/2015 | (23) | Joseph N. Callaway | Sale of 2009 Toyota titled to Mr. Joseph sold in companion case, St. Mary's Home Care Services, Inc. | 1229-000 | $4,332.50 | | $4,332.50 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,322.50 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,312.50 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,302.50 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,292.50 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,282.50 |
| 10/20/2015 | 1001 | International Sureties, LTD. | Prorata Bond Premium | 2300-000 | | $4.16 | $4,278.34 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,268.34 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,258.34 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,248.34 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,238.34 |
| 02/16/2016 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $10.00 | $4,228.34 |
| 02/16/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $4,228.34 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | $4,332.50 | $4,332.50 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $4,228.34 | |
| Subtotal | $4,332.50 | $104.16 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $4,332.50 | $104.16 | |

**For the period of 1/20/2015 to 1/15/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,332.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,332.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $104.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $104.16 |
| Total Internal/Transfer Disbursements: | $4,228.34 |

**For the entire history of the account between 05/26/2015 to 1/15/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,332.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,332.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $104.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $104.16 |
| Total Internal/Transfer Disbursements: | $4,228.34 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 15-00348-5-DMW | | Trustee Name: | Joseph M. Lischwe |
| Case Name: | JOSEPH, ELTON LEE | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***6053 | | Checking Acct #: | ******8766 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 1/20/2015 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/15/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $4,332.50 | $4,332.50 | $0.00 |

**For the period of 1/20/2015 to 1/15/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,332.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,332.50 |
| Total Internal/Transfer Receipts: | $4,228.34 |
| | |
| Total Compensable Disbursements: | ($2,667.50) |
| Total Non-Compensable Disbursements: | $7,000.00 |
| Total Comp/Non Comp Disbursements: | $4,332.50 |
| Total Internal/Transfer Disbursements: | $4,228.34 |

**For the entire history of the case between 01/20/2015 to 1/15/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,332.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,332.50 |
| Total Internal/Transfer Receipts: | $4,228.34 |
| | |
| Total Compensable Disbursements: | ($2,667.50) |
| Total Non-Compensable Disbursements: | $7,000.00 |
| Total Comp/Non Comp Disbursements: | $4,332.50 |
| Total Internal/Transfer Disbursements: | $4,228.34 |

/s/ JOSEPH M. LISCHWE

JOSEPH M. LISCHWE